Form NOT11DOCDUE (Official Form )(10/06)

# United States Bankruptcy Court
Southern District of Alabama

In Re:  
Larry George Woods  
xxx–xx–4420

Case Number: 09–15584

## NOTICE OF 11 U.S.C. 521(a)(1) DOCUMENTS DUE

The debtor(s)/petitioner(s) in this case has/have not filed the following documents:

- ☑ Certificate of Consumer Credit Counseling
- ☐ Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement
- ☐ List of Creditors
- ☐ Summary of Schedules
- ☐ Schedule of Current Income and Current Expenditures
- ☐ Statement of Financial Affairs
- ☐ Notice to Individual Consumer Debtors
- ☑ Certification of Submission of Payment Advices to Trustee
- ☐ Schedule A – Real Property
- ☐ Schedule B – Personal Property
- ☐ Schedule C – Property Claimed as Exempt
- ☐ Schedule D – Creditors Holding Secured Claims
- ☐ Schedule E – Creditors Holding Unsecured Priority Claims
- ☐ Schedule F – Creditors Holding Unsecured Claims
- ☐ Schedule G – Executory Contracts and Leases
- ☐ Schedule H – Codebtors
- ☐ Schedule I – Current Income of Individual Debtor(s)
- ☐ Schedule J – Current Expenditures of Indivdual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Verification of Creditor Matrix

The debtor(s)/petitioner(s) is/are hereby notified that this case may be dismissed in accordance with 11U.S.C. 521(i)(1) and/or 11 U.S.C. 521(i)(2) and/or that it may be closed without discharge if such documents are not filed timely.

Date: 12/3/09

LEONARD N. MALDONADO  
Clerk of Court