*Certificate Number : cc-09-10196-GL*

# Certificate of Completion of Credit Counseling



The Consumer Financial Education Foundation of America* hereby certifies that *Larry George Woods* has completed a session of credit counseling, required pursuant to 11 U.S.C. Section 521 (b).

Done this 2nd day of December 2009.

*Gayle G. Linville*
*Certified Financial Health Counselor*

**CFEFA* is a licensed agency approved to issue certificates in compliance with the Bankruptcy Code by the Bankruptcy Administrator for the State of Alabama.*



Consumer Financial Education Foundation of America

