IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE: *
 *
LARRY GEORGE WOODS * CASE NO. 09-15584
 *
 DEBTOR. *

MOTION TO CONVERT

COMES NOW the Debtor, Larry George Woods, by and through undersigned counsel, and files this Motion of Conversion to Chapter 13. Debtor shows grounds for filing this Motion are as follows:

1. The Debtor feel that it would be in his best interest to be in a Chapter 13 Bankruptcy.

WHEREFORE the Debtor asks this Honorable Court to grant this Motion of Conversion from Chapter 7 to Chapter 13.

/S/Linda J. Marston-Crawford
Linda J. Marston-Crawford (MAR147)
Crawford Law Firm LLC
4308 Midmost Drive, Suite B
Mobile, Alabama 36609
(251) 342-4093
(251) 281-2588 Fax

CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of December, 2009, I have served a copy of the foregoing pleading by either electronic service or by mailing same via United States Mail properly addressed and postage prepaid to the following:

Travis M. Bedsole, Jr. (via ECF)
Denise I. Littleton (via ECF)

/S/Linda J. Marston-Crawford
Of Counsel