IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: *
 *
**LARRY GEORGE WOODS** * Case Number: 09-15584
 *
Debtor(s). *

## MOTION FOR TURNOVER

COMES NOW the Debtor(s), by and through his Attorney of Record and ask this Honorable Court for an order instructing Cynthia Woods to turnover any and all funds garnished post-petition.

1. The Debtor filed a Chapter 7 case on December 2, 2009, with Cynthia Woods listed as a creditor.

2. The Debtor filed a Motion to Convert case to Chapter 13 on December 16, 2009.

3. Cynthia Woods withheld funds post petition from the Debtor's bank account for a garnishment.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Honorable Court will enter an Order halting the garnishment and instructing Cynthia Woods to turnover any and all funds garnished from the Debtor's bank account post petition and for further and different relief that this Court deems appropriate.

Respectfully Submitted,

/s/Linda J. Marston-Crawford
Linda J. Marston-Crawford(MAR147)
Crawford Law Firm LLC
4308 Midmost Drive, Suite B
Mobile, AL 36609
(251) 342-4093

# CERTIFICATE OF SERVICE

I, **Linda J. Marston-Crawford**, do hereby certify that a true and correct copy of the foregoing motion has been served upon the following either by electronic mail or by placing a copy of same in the United States Mail, first class, postage prepaid and properly addressed on this the 17th day of December, 2009.

Cynthia Woods
6033 Oak Harbor Drive
Mobile, AL 36693

Brent Day
P.O. Box 2545
Mobile, AL 36652

Domestic Relations
205 Government Street, Room C909
Mobile, AL 36644

Wachovia Bank
61 St Joseph Street
Mobile, AL 36602

/s/Linda J. Marston-Crawford
Linda J. Marston-Crawford