Form ntchrgbk 03/06

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 09−15584
Chapter: 7
Judge: WILLIAM S. SHULMAN

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Larry George Woods
8734 Terrell Ct S
Mobile, AL 36695

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 1/12/10

Time: 08:30 AM

Matter:

*10* − Motion For Turnover Filed by Larry George Woods Linda J. Marston−Crawford (Marston−Crawford, Linda)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANGIE JEMISON AT <angie_jemison@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 12/18/09

LEONARD N. MALDONADO
CLERK OF COURT

BY SUE SMITH
DEPUTY CLERK