Form ntchrgbk 03/06

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 09−15584
Chapter: 7
Judge: WILLIAM S. SHULMAN

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Larry George Woods
  8734 Terrell Ct S
  Mobile, AL 36695

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 1/12/10

Time: 08:30 AM

Matter:

*8* − Motion to Convert Case to Chapter 13. Filed by Larry George Woods Linda J. Marston−Crawford (Marston−Crawford, Linda)


A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANGIE JEMISON AT <angie_jemison@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 12/16/09

                                        LEONARD N. MALDONADO
                                        CLERK OF COURT

                                        BY SUE SMITH
                                        DEPUTY CLERK

# CERTIFICATE OF NOTICE

```
District/off: 1128-1          User: ssmith              Page 1 of 1              Date Rcvd: Dec 16, 2009
Case: 09-15584                Form ID: ntchrgBK         Total Noticed: 12

The following entities were noticed by first class mail on Dec 18, 2009.
db            +Larry George Woods,   8734 Terrell Ct S,   Mobile, AL 36695-9646
2035582        AT&T,   P.O. Box 721440,   Norman, OK 73070-8110
2035583       +Brent Day,   P.O. Box 2545,   Mobile, AL 36652-2545
2035584        Cellular South,   P.O. Box 519,   Meadville, MS 39653-0519
2035585       +Cynthia Woods,   6033 Oak Harbor Drive,   Mobile, AL 36693-3714
2035586        Direct Loans,   P.O. Box 5609,   Greenville, TX 75403-5609
2035588        HSBC Card Services,   P.O. Box 5250,   Carol Stream, IL 60197-5250
2035587        Home Depot Credit Services,   P.O. Box 653000,   Dallas, TX 75265-3000
2035589      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA  19114)
2035590       +Leading Edge Recovery Solutions,   5440 N Cumberland Ave Ste 300,   Chicago, IL 60656-1486
2035591       +Nuvell National Auto Finance LLC,   P.O. Box 380901,   Bloomington, MN 55438-0901
2035592       +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2009          Signature: *Joseph Speetjens*