IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: LARRY GEORGE WOODS ) CASE NO: 09-15584-WSS-7
)
)
DEBTOR(S). )

**OBJECTION TO MOTION TO CONVERT TO CHAPTER 13**

COMES NOW Cynthia Ann Woods, by and through the undersigned attorney of record, Larson D. Edge, Jr., and objects to the Motion to Convert to Chapter 13 filed by Debtor, Larry George Woods, as follows, separately and severally:

1. According to the Debtors schedules a Chapter 13 is not feasible.
2. The conversion is in bad faith.

WHEREFORE, PREMISES CONSIDERED, Cynthia Ann Woods respectfully request this Honorable Court to deny the Motion to Convert, and for such other further relief as this Court deems appropriate.

/S/ LARSON D. EDGE, JR.
LARSON D. EDGE, JR.
Attorney
P.O. Box 5
Mobile, AL 36601-0005
(251) 432-3100

**CERTIFICATE OF SERVICE**

I hereby certify that I have mailed a copy of the foregoing pleading by depositing a copy in the U.S. Mail properly addressed and first class postage prepaid on this the 8th day of January, 2010.

/S/ LARSON D. EDGE, JR
Larson D. Edge, Jr.