IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:     *

LARRY GEORGE WOODS,     *      CASE NO. 09-15584-WSS

    *

DEBTOR.     *

## RESPONSE TO OBJECTION TO MOTION TO CONVERT TO CHAPTER 13

COMES NOW the Debtor, by and through undersigned counsel, and files this Response to Cynthia Ann Woods ("Creditor") objection as follows:

1. Debtor filed his Chapter 7 bankruptcy petition on December 2, 2009.

2. Debtor began employment with Transcontinental Security, Inc., approximately one month prior to filing his petition and had only received a training paycheck at the time of filing his petition.

3. Debtor's income has increased post petition due to his new employment.

4. Debtor's Motion to Convert has been filed in good faith with the information available.

WHEREFORE, the Debtor requests this Honorable Court overrule Creditor's Objection and Grant Debtor's Motion to Convert to Chapter 13.

Dated:      January 11, 2010

                                             /s/ Linda J. Marston-Crawford
                                             Linda J. Marston-Crawford
                                             Crawford Law Firm LLC
                                             4308 Midmost Drive, Suite B
                                             Mobile, AL 36609
                                             251-342-4093
                                             251-281-2588 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing by either electronic mail or by United States mail first class postage prepaid on this 11th day of December 2009 to the following:

Larson D. Edge, Jr. (Via ECF)

/s/ Linda J. Marston-Crawford
Of Counsel