IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

LARRY GEORGE WOODS                                      CASE NO: 09-15584

   Debtor(s).

## ORDER

This matter came on for hearing on the Motion To Turnover Funds, filed by the debtor(s) through his attorney of record, Linda J. Marston-Crawford. Notice of a hearing was given and appearances noted in the record. After due consideration thereof, the Court determines that the motion should be granted. Therefore, it is;

**ORDERED** that the Motion To Turnover Funds is **GRANTED**.

Dated:   January 15, 2010

*William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 1128-1          User: phefferna          Page 1 of 1              Date Rcvd: Jan 15, 2010
Case: 09-15584                Form ID: pdf1            Total Noticed: 5

The following entities were noticed by first class mail on Jan 17, 2010.
db              +Larry George Woods,    8734 Terrell Ct S,    Mobile, AL 36695-9646
                +Domestic Relations,    205 Government Street, Room C909,    Mobile, AL 36644-0001
                +Wachovia Bank,    61 St Joseph Street,    Mobile, AL 36602-3530
2035583         +Brent Day,    P.O. Box 2545,    Mobile, AL 36652-2545
2035585         +Cynthia Woods,    6033 Oak Harbor Drive,    Mobile, AL 36693-3714

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2010**              **Signature:** _Joseph Speetjens_