IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

LARRY GEORGE WOODS  CASE NO: 09-15584

Debtor(s).

## ORDER

This matter came on for hearing on the Motion to Convert Case to Chapter 13, filed by the debtor through his attorney of record, Linda J. Marston-Crawford. Notice of a hearing was given and appearances noted in the record. After due consideration thereof, the Court determines that the motion should be granted. Therefore, it is;

**ORDERED** that the Motion to Convert Case to Chapter 13 is **GRANTED**.

Dated:   January 29, 2010

WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE