IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

LARRY GEORGE WOODS                         CASE NO: 09-15584

   Debtor(s).

## ORDER

This matter came on for hearing on the Motion to Convert Case to Chapter 13, filed by the debtor through his attorney of record, Linda J. Marston-Crawford. Notice of a hearing was given and appearances noted in the record. After due consideration thereof, the Court determines that the motion should be granted. Therefore, it is;

   **ORDERED** that the Motion to Convert Case to Chapter 13 is **GRANTED**.

Dated:   January 29, 2010

*William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 1128-1          User: pheffernа          Page 1 of 1          Date Rcvd: Jan 29, 2010
Case: 09-15584                Form ID: pdf2            Total Noticed: 13
```

The following entities were noticed by first class mail on Jan 31, 2010.
```
db          +Larry George Woods,   8734 Terrell Ct S,   Mobile, AL 36695-9646
tr          +Denise I. Littleton,   4321 Midmost Drive,   Mobile, AL 36609-5532
2035582      AT&T,   P.O. Box 721440,   Norman, OK  73070-8110
2035583     +Brent Day,   P.O. Box 2545,   Mobile, AL 36652-2545
2035584      Cellular South,   P.O. Box 519,   Meadville, MS  39653-0519
2035585     +Cynthia Woods,   6033 Oak Harbor Drive,   Mobile, AL 36693-3714
2035586      Direct Loans,   P.O. Box 5609,   Greenville, TX  75403-5609
2035588      HSBC Card Services,   P.O. Box 5250,   Carol Stream, IL  60197-5250
2035587      Home Depot Credit Services,   P.O. Box 653000,   Dallas, TX  75265-3000
2035589    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA  19114)
2035590     +Leading Edge Recovery Solutions,   5440 N Cumberland Ave Ste 300,   Chicago, IL 60656-1486
2035591     +Nuvell National Auto Finance LLC,   P.O. Box 380901,   Bloomington, MN 55438-0901
2035592     +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2010**                       Signature:  _Joseph Speetjens_