IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:                              *
                                    *
LARRY GEORGE WOODS,                 *    Debtor(s)
                                    *
                                    *    CASE NO.: 09-15584
                                    *
                                    *

## OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW,** the Creditor, **CYNTHIA ANN WOODS**, by and through undersigned counsel and does hereby file this Objection to Confirmation of Plan and, in support thereof, would show unto this Honorable Court as follows:

1. **THAT,** Debtor, **LARRY GEORGE WOODS**, filed Bankruptcy Petition pursuant to Chapter 7 of the Bankruptcy Code seeking to dissolve all unsecure debt through said plan.

2. **THAT,** on or about December 16, 2009, the Debtor filed a motion to convert the plan to a bankruptcy pursuant to Chapter 13 of the Bankruptcy Code.

3. **THAT,** the filing of the Debtor's Chapter 7 and the conversion to a Chapter 13 was done in bad faith.

4. **THAT,** neither plan is feasible.

5. **THAT,** the Debtor has refused to disclose income which would have a great bearing on the granting or denial of his petition and the conversion thereof.

**WHEREFORE,** the premises considered, the Creditor, **CYNTHIA ANN WOODS**, does hereby object to the conversion of the confirmation to the plan, does request a conversion of the Chapter 7 to a Chapter 13 be denied and for any other further and/or different relief for which the Creditor may be entitled.

Respectfully submitted,

_s/Brent T. Day_
Brent T. Day (DAY006)
Attorney for the Creditor
**CYNTHIA ANN WOODS**

OF COUNSEL:

## Solon Law
A Limited Liability Company
Post Office Box 2545
Mobile, Alabama 36652-2545
Telephone: (251) 441-1925
Facsimile: (251) 441-1924
E-mail: brent@solonlaw.net

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 2nd day of March, 2010, served a copy of the foregoing by placing same in the United States Mail, properly addressed and postage prepaid to the following:

Linda J. Marston-Crawford
Crawford Law Firm, LLC
4308 Midmost Drive, Suite B
Mobile, Alabama 36609

_s/Brent T. Day_
BRENT T. DAY