IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE: *

LARRY GEORGE WOODS, * CASE NO. 09-15584-WSS-13

*

DEBTOR. *

RESPONSE TO OBJECTION TO CONFIRMATION OF PLAN
FILED BY CYNTHIA ANN WOODS

COMES NOW the Debtor, by and through undersigned counsel, and files this Response to Cynthia Ann Woods ("Creditor") objection as follows:

1. Debtor filed a Chapter 7 bankruptcy petition on December 2, 2009.

2. Debtor began employment with Transcontinental Security, Inc., approximately one month prior to filing his petition and had only received a training paycheck at the time of filing his petition.

3. Debtor was involuntarily discharged from his employment with Great American Deli prior to obtaining his new position.

4. Debtor's Chapter 7 and Motion to Convert were filed in good faith with the information available at the time of filing.

5. Debtor's Motion to Convert was granted on January 29, 2010.

6. Debtor's plan is feasible and Debtor has filed Conversion Schedules with the court disclosing his current income. Debtor has at no time refused to disclose income information.

WHEREFORE, the Debtor requests this Honorable Court Overrule Creditor's Objection to Confirmation of Debtor's Plan.

Dated: March 2, 2010

/s/ Linda J. Marston-Crawford
Linda J. Marston-Crawford
Crawford Law Firm LLC
4308 Midmost Drive, Suite B
Mobile, AL 36609
251-342-4093

CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing by either electronic mail or by United States mail first class postage prepaid on this 2nd day of March 2010 to the following:

Brent T. Day
Solon Law LLC
P.O. Box 2545
Mobile, AL 36652-2545

      /s/ Linda J. Marston-Crawford
      Of Counsel