IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE: *
  *
**LARRY GEORGE WOODS,** * Debtor(s)
  *
  * CASE NO.: 09-15584
  *
  *

## NOTICE OF APPEARACE

**COMES NOW,** Attorney **BRENT T. DAY**, and does hereby file Notice of Appearance on behalf of the Creditor, **CYNTHIA ANN WOODS**, in the above-styled matter.

Respectfully submitted,

s/Brent T. Day
Brent T. Day (DAY006)
Attorney for the Creditor
**CYNTHIA ANN WOODS**

OF COUNSEL:

# Solon Law
A Limited Liability Company
Post Office Box 2545
Mobile, Alabama 36652-2545
Telephone: (251) 441-1925
Facsimile: (251) 441-1924
E-mail: brent@solonlaw.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 2nd day of March, 2010, electronically filed the foregoing pleading which will serve electronic notifications of such filing to the following:

Linda J. Marston-Crawford
Crawford Law Firm, LLC
4308 Midmost Drive, Suite B
Mobile, Alabama 36609

                                          s/Brent T. Day
                                          BRENT T. DAY