IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:   *

LARRY GEORGE WOODS,   *   CASE NO. 09-15584-WSS-13

  *

DEBTOR.   *

NOTICE OF CHANGE OF ADDRESS
FOR AT&T

COMES NOW the Debtor, in the above styled action, by and through undersigned counsel and files this Notice of Change of Address for AT&T as follows:

Old Address:
P.O. Box 721440
Norman, OK 73070-8110

New Address:
685 Shillinger Road South
Mobile, AL 36695-8922

/s/ Linda J. Marston-Crawford
Linda J. Marston-Crawford (MAR147)
Crawford Law Firm LLC
4308 Midmost Drive, Suite B
Mobile, AL 36609
251-342-4093
251-281-2588 Fax

CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of March 2010, I have served a copy of the foregoing pleading by either electronic service or by mailing same via United States Mail properly addressed and postage prepaid to the following:

AT&T
685 Shillinger Road South
Mobile, AL 36695-8922

/s/ Linda J. Marston-Crawford
Of Counsel