UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                                                                                   CASE NO. 09-15584-WSS-13
LARRY GEORGE WOODS

      DEBTOR

### TRUSTEE'S MOTION TO DISMISS

JOHN C. MCALEER III, TRUSTEE, Trustee in this Chapter 13 proceeding, respectfully reports the following:

1. The Debtor's proposed plan requires monthly payments in the amount of $233.28. To date, the debtor should have paid $1,632.96. The Debtor has paid $582.50 to date, causing a delinquency of $1,050.46.
2. Based on the Trustee's calculation, it will take $233.28 per month to complete the plan. The claims filed and the Debtor's schedules indicate that this plan is not feasible as contemplated by 11 U.S.C. 1335.

WHEREFORE, the undersigned moves for an order dismissing the proceedings with a 90 day injunction, or in the alternative, the Debtor will sign the attached consent form, make a payment in the amount stated on the consent form and return to the Trustee within 21 (twenty one) days from the date of this motion.

DATED: July 20, 2010                                                  /s/ JOHN C. MCALEER III, TRUSTEE
                                                                              JOHN C. MCALEER III, TRUSTEE
                                                                              CHAPTER 13 TRUSTEE

| **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING** |
| --- |
| The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 21 (twenty one) days of service of this motion. If an objection or consent order is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion. If the attached consent order and payment is returned timely, no hearing will be held. If an objection to this motion is timely filed, this Court will hold a hearing in Courtroom 1, 201 St. Louis Street, Mobile, AL 36602 on 08/25/2010 at 10:30 am. |

### CERTIFICATE OF SERVICE

I certify that on July 20, 2010, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

UNITED STATES BANKRUPTCY CLERK

| | |
|---|---|
| LARRY GEORGE WOODS | LINDA J. MARSTON-CRAWFORD |
| 8734 TERRELL CT S | 4308 MIDMOST DR., STE. B |
| MOBILE, AL 36695 | MOBILE, AL 36609 |

                                                                                                                       /s/ JOHN C. MCALEER III, TRUSTEE
                                                                                                                         JOHN C. MCALEER III, TRUSTEE
                                                                                                                         CHAPTER 13 TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                               CASE NO. 09-15584-WSS-13
   LARRY GEORGE WOODS

      DEBTOR

**CONSENT TO TRUSTEE'S MOTION TO DISMISS**

    The Debtor in the referenced proceeding consent to the following action being taken as a result of the Motion to Dismiss filed by JOHN C. MCALEER III, TRUSTEE, the Chapter 13 Trustee ("Trustee"), which is based upon the failure of the Debtor to make full, regular, and timely Chapter 13 plan payments as required by the Bankruptcy Code and as agreed to by the Debtor:

( )    The Debtor will resume making plan payments of $233.28 per month. The Debtor shall continue to make all plan payments as agreed. A PLAN PAYMENT MUST ACCOMPANY THIS CONSENT ORDER AND BE SENT TO THE ADDRESS BELOW.

( )    The Trustee shall issue a payroll deduction order to the employer of the Debtor(s) at:

       _____

( )    The case shall be converted to one under Chapter 7 at the request of the Debtor within thirty (30) days of the date of this Consent Order or the case will automatically be dismissed.

( )    The case shall be dismissed with a 90 day injunction.

**The Trustee shall notify the Court of any future default and the case shall be dismissed with the requested injunction period without further notice and/or hearing.**

_____
LARRY GEORGE WOODS

      OR

_____
LINDA J. MARSTON-CRAWFORD

/s/ JOHN C. MCALEER III, TRUSTEE
_____
JOHN C. MCALEER, III
CHAPTER 13 TRUSTEE
P.O. BOX 1779
MEMPHIS TN 38101-1779

| ORDER |
|---|
| ( )    GRANTED |
| ( )    CONDITIONALLY DENIED PER ABOVE |
| DATED: _____ /_____ /_____ |
| _____ |